NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RODERICK BERNARD PLANT,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3076

---

Petition for review of the Merit Systems Protection Board in case no. AT0752100180-I-1.

---

## ON MOTION

---

## ORDER

Roderick Bernard Plant moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 0 7 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Roderick Bernard Plant
     Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 7 2011

JAN HORBALY
CLERK